

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00164-CR

## IN RE KEVIN DALE SHEFFIELD

### Original Proceeding

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. DC-F201900865

## MEMORANDUM OPINION

Kevin Dale Sheffield's petition for a writ of mandamus, filed on June 5, 2023, is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed July 26, 2023
Do not publish
[OT06]

